**Order filed June 2, 2016**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00226-CV

———————

### HAIQUAN ZHU, Appellant

### V.

### FIRST COMMUNITY INSURANCE COMPANY, Appellee

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-DCV-218025**

---

## O R D E R

Appellant's brief was due May 5, 2016**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **June 30, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM